JOHN L. BURRIS, Esq./ State Bar #69888
ADANTE' D. POINTER, Esq./ State Bar #236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.burris@johnburrislaw.com
Adante.pointer@johnburrislaw.com

Attorneys for Plaintiffs
**DAVID SPEARS & SABRINA WIGFALL**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SPEARS & SABRINA WIGFALL<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Defendants. | Case No. C06-04968 VRW<br><br>STIPULATED AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' FRCP 12(b)(6) MOTION TO DISMISS CERTAIN CAUSES OF ACTION AND TO RESET THE MOTION HEARING DATE & INITIAL CASE MANAGEMENT CONFERENENCE<br><br>JUDGE: VAUGHN R. WALKER |

IT IS HEREBY STIPULATED (and respectfully requested) by and between plaintiffs and all defendants by and through their designated counsel, that the date by which plaintiffs' opposition to defendants' Federal Rule of Civil Procedure 12(b)(6) motion to dismiss certain causes of action averred within plaintiffs' first amended complaint, be reset from December 14, 2006 to December 28, 2006.

1

THE PARTIES HEREBY FURTHER STIPULATE (and respectfully request) by and between plaintiffs and all defendants by and through their designated counsel, that the FRCP 12(b)(6) motion hearing and initial Case Management Conference scheduled for January 4, 2007, be reset for January 18, 2007.

The good cause for resetting these dates stems from the fact that plaintiffs need additional time to review the matters raised within defendants' motion and then determine whether to oppose defendants' motion or seek leave of court to amend their first amended complaint. In addition, Plaintiff's counsel has a prior engagement that will require him to be out of the country on January 4, 2007 and hence unavailable to attend the scheduled hearing date and the initial Case Management Conference.

Therefore, all parties stipulate and respectfully request the aforementioned dates be reset by this court.

Date: December 6, 2006            LAW OFFICES OF JOHN L. BURRIS


                                  /s/ Adanté Pointer
                                  ADANTÉ D. POINTER
                                  Attorneys for Plaintiffs


Date: December 6, 2006            CITY AND COUNTY OF SAN FRANCISCO


                                  /s/ David Newdorf
                                  DAVID B. NEWDORF
                                  Attorneys for Defendants

IT IS SO ORDERED.

                                  HONORABLE VAUGHN R. WALKER
                                  UNITED STATES DISTRICT COURT JUDGE

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME AND RESET MOTION HEARING AND CMC DATE

Case No.: C06-04968 VRW