**JOHN L. BURRIS, Esq./ State Bar #69888**
**ADANTE' D. POINTER, Esq./ State Bar #236229**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.burris@johnburrislaw.com
Adante.pointer@johnburrislaw.com

Attorneys for Plaintiffs
**DAVID SPEARS & SABRINA WIGFALL**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SPEARS & SABRINA WIGFALL | Case No. C06-04968 VRW |
| Plaintiffs, | **STIPULATED AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO AMEND COMPLAINT AND RESET CERTAIN DATES** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | JUDGE: VAUGHN R. WALKER |
| Defendants. / | |

IT IS HEREBY STIPULATED (and respectfully requested) by and between plaintiffs and all defendants by and through their designated counsel, that:

Plaintiffs shall file a Third Amended Complaint with the Court within 5 days of the Court order approving this stipulation. Defendants' responsive pleading to Plaintiffs' Third Amended Complaint shall be filed within 20 days of the filing of Plaintiffs' Third Amended Complaint.

It is further hereby stipulated (and respectfully requested) by and between plaintiffs and all defendants, by and through their designated counsel, that:

The completion date by which all depositions and discovery scheduled for August 31, 2007 be reset to October 31, 2007; Expert disclosures scheduled for November 1, 2007 be reset to January 15, 2007; Rebuttal Expert Disclosures scheduled for November 15, 2007 be reset to February 1, 2008; Expert Discovery Cutoff scheduled for December 31, 2007 be reset to March 1, 2007; Dispositive Motion Hearing scheduled for September 27, 2007 at 2:00 p.m. be reset to December 6, 2007 at 2 p.m.; Pretrial Conference scheduled for January 15, 2008 at 9:00 am be reset to February 5, 2008 at 9:00 a.m..

The good cause for granting Plaintiff leave to file their Second Amended Complaint being Plaintiff's seek to include an additional cause of action. In addition, granting leave shall not cause the Defendants prejudice as neither side has initiated discovery and the Defendants have yet to file a responsive pleading to Plaintiff's Second Amended Complaint. The good cause for resetting the above referenced dates stems from the fact that the parties need additional time to sufficiently prepare their respective cases.

Therefore, all parties stipulate and respectfully request the court grant Plaintiffs leave to file their Third Amended Complaint and the aforementioned dates be reset by this court.

IT IS SO AGREED.

Date:  July 24, 2007                                LAW OFFICES OF JOHN L. BURRIS

                                                          /s/ Adanté Pointer
                                          ADANTÉ D. POINTER
                                          Attorneys for Plaintiffs

Date:_____ CITY AND COUNTY OF SAN FRANCISCO

　　　　　　　　　　　　　　　　　　　　　　　/s/ David Newdorf
　　　　　　　　　　　　　　　　　　　DAVID B. NEWDORF
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

IT IS SO ORDERED.

_____
VAUGHN R. WALKER
DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*8/13/2007*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA