DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DAVID B. NEWDORF, State Bar #172960
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3892
Facsimile:    (415) 554-3837
E-Mail:       david.newdorf@sfgov.org

Attorneys for Defendants, CITY AND COUNTY OF
SAN FRANCISCO, MICHAEL HENNESSEY AND DEPUTY NEU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID SPEARS & SABRINA WIGFALL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; SHERIFF MICHAEL HENNESSEY in his official capacity as Sheriff; DEPUTY NEU, individually and in his official capacity as sheriff's deputy; DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 06-04968 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO TAKE DEPOSITION OF PLAINTIFF DAVID SPEARS AT THE CALIFORNIA MENS COLONY STATE PRISON**<br><br>Judge:    Hon. Vaughn R. Walker<br>Place:    Courtroom 10, 19th floor<br><br>Trial Date:    n/a |
|---|---|

The undersigned parties STIPULATE and AGREE that the plaintiff David Spears (CDC # F09576) is an inmate at the California Mens Colony State Prison in San Luis Obispo, California. Fed. R. Civ. P. 30(a)(2) and California prison procedures require a court order in order to conduct a deposition of a person confined in prison. The parties agree that there is good cause to take this deposition as it is the only way to obtain full discovery of plaintiff's claims and contentions in this action. The parties therefore submit the following proposed order for approval of the Court.

1     STIPULATED and AGREED:

2 Dated: October 12, 2007

                         DENNIS J. HERRERA
                         City Attorney
                         JOANNE HOEPER
                         Chief Trial Attorney
                         DAVID B. NEWDORF
                         Deputy City Attorney

                         By: _____/s/_____
                            DAVID B. NEWDORF
                            Attorneys for Defendants
                            CITY AND COUNTY OF SAN FRANCISCO,
                            SHERIFF MICHAEL HENNESSEY, AND DEPUTY
                            NEU

                         LAW OFFICE OF JOHN L. BURRISDENNIS J.

                         By: _____/s/_____
                            ADANTE POINTER
                            Attorneys for Plaintiffs
                            SABRINA WIGFALL and DAVID SPEARS

### [PROPOSED] ORDER

Pursuant to stipulation and Fed. R. Civ. P. 30(a)(2), it is ORDERED that the parties may take the oral deposition of California state prisoner David Spears (CDC # F09576) at the California Mens Colony. The deposition shall occur at dates and times to be agreed upon by counsel and acceptable to prison officials.

IT IS SO ORDERED.

Dated: \_\_October 12, 2007\_\_

IT IS SO ORDERED
/s/ Judge Vaughn R Walker

_____
Hon. Vaughn R. Walker
Chief U.S. District Judge

ORDER FOR DEPO OF DAVID SPEARS           2           n:\lit\li2006\061071\00443032.doc
Case No. C 06-04968 VRW