```
1  JOHN L. BURRIS, Esq./ State Bar #69888
2  ADANTE' D. POINTER, Esq./ State Bar #236229
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport Street, Suite 1120
4  Oakland, California 94621
   Telephone: (510) 839-5200
5  Facsimile: (510) 839-3882
   John.burris@johnburrislaw.com
6  Adante.pointer@johnburrislaw.com

7  Attorneys for Plaintiffs
   DAVID SPEARS & SABRINA WIGFALL
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID SPEARS & SABRINA WIGFALL | Case No. C06-04968 VRW |
| Plaintiffs, | **STIPULATED AND [PROPOSED] ORDER TO RESET CERTAIN DATES** |
| vs. | JUDGE: VAUGHN R. WALKER |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED (and respectfully requested) by and between plaintiffs and all defendants by and through their designated counsel, that:

1  The completion date by which all depositions and discovery currently set for October 31,
2  2007, be reset to December 31, 2007; the Dispositive Motion Hearing currently scheduled for
3  December 6, 2007, at 2:00 p.m. be reset to February 7, 2008 at ~~2:00~~ 2:30 p.m. and the Pretrial Conference
4  currently scheduled for February 5, 2008 at 9:00 am be reset to ~~March 4, 2008 at 9 a.m.~~
5  Thursday, March 13, 2008 at 3:30 p.m. in courtroom no. 6

6  The good cause for resetting these dates stems from the fact that the parties need additional
7  time to complete discovery.

9  Therefore, all parties stipulate and respectfully request the aforementioned dates be reset by
10 this court.

12 **IT IS SO AGREED.**

14 Date:_____                               LAW OFFICES OF JOHN L. BURRIS

16                                                  _____/s/ Adanté Pointer_____
                                                    ADANTÉ D. POINTER
17                                                  Attorneys for Plaintiffs

19 Date:_____                               CITY AND COUNTY OF SAN FRANCISCO

21                                                  _____/s/ David Newdorf_____
                                                    DAVID B. NEWDORF
22                                                  Attorneys for Defendants

24 **IT IS SO ORDERED.**

25 Dated: 10/31/2007

   [GRANTED — Judge Vaughn R Walker, United States District Court, Northern District of California]

   HONORABLE _____
   UNITED STATES DISTRICT COURT JUDGE