IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA WIGFALL and DAVID SPEARS, | No C 06-4968 VRW |
| Plaintiffs, | ORDER |
| v | |
| CITY AND COUNTY OF SAN FRANCISCO, SHERIFF MICHAEL HENNESSEY and DEPUTY NEU, | |
| Defendants. / | |

On July 21, 2008, the court entered an order (Doc #57) denying without prejudice defendants' motions to dismiss (Doc ##40, 42), granting the motion by the City and County of San Francisco and Sheriff Hennessey on the section 1983 claims (Doc #44), granting defendants' motion for summary judgment on plaintiff Spears' state law claims (Doc #44) and denying motions for summary judgment by defendant Neu as to plaintiff Wigfall's Unruh Act and Bane Act claims (Doc #44). The docket reflects no substantive activity in the case since the July 21 order.

       The court now orders the parties, on or before March 19, 2009, to file with the court a joint status report describing the status of this case.  If no such report is filed by that date, the court will assume that plaintiffs do not intend to pursue the remaining claims and this case will be dismissed.

       **IT IS SO ORDERED.**

                                                */s/ Vaughn R Walker*

                                          **VAUGHN R WALKER**
                                          **United States District Chief Judge**