DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4268
Facsimile: (415) 554-3837
E-Mail: Robert.bonta@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MICHAEL HENNESSEY,
AND DEPUTY SCOTT NEU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SPEARS & SABRINA WIGFALL,<br><br>         Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; SHERIFF MICHAEL HENNESSEY in his official capacity as Sheriff; DEPUTY NEU, individually and in his official capacity as sheriff's deputy; DOES 1-100, inclusive,<br><br>         Defendants. | Case No. C 06-04968 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR REFERRAL TO SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE LARSON** |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request that the above-captioned matter be referred to Magistrate Judge James Larson for a settlement conference in late May or early June 2009.

The parties make this request based on the following circumstances:

1. On April 30, 2009, counsel for the parties attended a case management conference with Chief Judge Vaughn Walker.

2. At the April 30 case management conference, Chief Judge Walker ordered a pretrial conference to take place on July 2, 2009 and the trial in this matter to commence on August 10, 2009.

3. There is currently no settlement conference scheduled in the above-captioned matter.

4. Counsel for the parties believe that a settlement conference with Judge Larson will be productive and will allow the parties to seriously explore opportunities to resolve the case. It will be most productive to have the settlement conference soon, before the expenditure of costs and time rapidly increases as the pretrial conference and trial approach.

5. This is the first time the parties have requested a settlement conference with a Magistrate Judge in this matter. No other dates will be affected by this requested change.

For the aforementioned reasons, the parties jointly request that the above-captioned matter be referred to Magistrate Judge James Larson for a settlement conference in late May or early June 2009.

**SIGNATURE PAGE TO STIPULATION AND [PROPOSED] ORDER FOR REFERRAL TO SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE LARSON**

Dated: May 6, 2009

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Attorney
        ROBERT A. BONTA
        Deputy City Attorney


By: _____/s/_____
        ROBERT A. BONTA
        Attorneys for Defendants
        CITY AND COUNTY OF SAN FRANCISCO,
        SHERIFF MICHAEL HENNESSEY, AND DEPUTY
        SCOTT NEU


LAW OFFICE OF JOHN L. BURRIS


By: _____/s/_____
        ADANTE POINTER
        Attorneys for Plaintiffs
        SABRINA WIGFALL AND DAVID SPEARS

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the above-captioned matter be referred to Magistrate Judge James Larson for a settlement conference in late May or early June 2009.

**IT IS SO ORDERED.**

Dated: May 7, 2009



Hon. Vaughn R. Walker
Chief U.S. District Judge

USDC Case No. C 06-04968 VRW

n:\lit\li2006\061071\00554882.doc